FILED'08 AUG 18 11:35USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

LARRY D. BAYS,                                    07-CV-6194-PK

        Plaintiff,                        JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

Based on the Court's Opinion and Order (#  ) issued
August 18, 2008, the Court hereby **REMANDS** this matter to the
above administrative agency for further administrative
proceedings.

DATED this 18th day of August, 2008.

 

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND